IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTINA DORSEY,** <br> **Plaintiff,** <br><br> v. <br><br> **MERAKEY USA,** <br> **MERAKEY PENNSYLVANIA, and** <br> **MERAKEY PARKSIDE RECOVERY,** <br> **Defendants.** | CIVIL ACTION <br><br><br> NO. 18-4837 |

## O R D E R

**AND NOW**, this 6th day of May, 2019, upon consideration of Defendants' Partial Motion to Dismiss (Document No. 22, filed April 4, 2019) and Plaintiff's Response in Opposition to Defendants' Partial Motion to Dismiss (Document No. 23, filed April 7, 2019), for the reasons stated in the accompanying Memorandum dated May 6, 2019, **IT IS ORDERED** as follows:

1. That part of the Motion seeking to dismiss plaintiff's Pennsylvania Whistleblower Law claim (Count IV) is **GRANTED**. That claim is **DISMISSED WITH PREJUDICE**.

2. That part of the Motion seeking to dismiss plaintiff's common law wrongful termination claim (Count V) is **DENIED**.

                                                        **BY THE COURT:**

                                                        **/s/ Hon. Jan E. DuBois**

                                                           **DuBOIS, JAN E., J.**